■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK OGLESBY, Appellant. [633 NYS2d 988] —Appeal by the de-

fendant from a judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered July 19, 1993, convicting him of grand larceny in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions regarding the prosecutor's summation are, in part, unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Hernandez,* 127 AD2d 790; *People v Reding,* 167 AD2d 716). In any event, any error was harmless *(see, People v Hernandez, supra; People v Crimmins,* 36 NY2d 230).

The defendant's remaining contentions regarding the court's charge to the jury, and the alleged admission of hearsay testimony, are also unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245; *People v Bonaparte,* 78 NY2d 26; *People v Autry,* 75 NY2d 836; *People v Fleming,* 70 NY2d 947; *People v Williams,* 70 NY2d 946) and, in any event, without merit. Altman, J. P., Hart, Friedmann and Krausman, JJ., concur.